**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| BOARD OF TRUSTEES, IBEW LOCAL UNION 716 PENSION TRUST, *et al.*, | § § § | |
| Plaintiffs, | § § § | |
| VS. | § § | CIVIL ACTION NO. H-17-3395 |
| A.S. ELECTRIC SERVICES CORP., | § § § | |
| Defendant. | § § | |

**ORDER ON PLAINTIFFS' MOTION FOR ENTRY OF
DEFAULT AGAINST A. S. ELECTRIC CORPORATION**

The plaintiffs, the Board of Trustees, the IBEW Local Union 716 Pension Trust, Board of Trustees, the Electrical Medical Trust, Board of Trustees, the Houston Electrical Joint Apprenticeship and Training Trust Fund, and, the International Brotherhood of Electrical Workers Local Union No. 716, AFL-CIO, have filed a Motion for Entry of Default against the defendant, A.S. Electric Services Corp. The record shows that the plaintiffs have pleaded and proved proper service, and that the defendant has not answered or otherwise appeared within the specified time.

The plaintiffs' Motion for Entry of Default against the defendant is granted. The Clerk is ordered to enter default.

SIGNED on March 19, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge